UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR PADILLA,<br><br>            Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY,<br><br>            Defendant. | Case No.   1:22-cv-00323-AWI-EPG<br><br>ORDER SETTING STATUS CONFERENCE<br><br>(ECF Nos. 15, 16) |

      Plaintiff filed this action on March 21, 2022, alleging claims against under the Magnuson-Moss Warranty Act, stemming from the purchase of a vehicle. (ECF No. 2).

      On July 7, 2022, the Court entered a minute order, noting that it was advised that the parties had reached a settlement and expected to file settlement documents shortly. (ECF No. 15). The Court directed them to file the appropriate dispositional documents, and/or status report regarding any outstanding issues, by the close of business on September 6, 2022.

      After the parties failed to do so, the Court sua sponte extended the time for them to file the appropriate dispositional documents, or a status report regarding outstanding issues, by no later than September 19, 2022. To date, the parties have filed nothing.

      Given these circumstances, the Court believes it is prudent to set a status conference. Accordingly, IT IS ORDERED as follows:

1. A telephonic status conference will be held on October 3, 2022, at 10:30 a.m. to discuss the status of this case. To participate, each party shall dial 1-888-251-2909 and enter access code 1024453

2. If the parties file the appropriate dispositional documents, or a status report regarding outstanding issues, <u>at least one day before the status conference</u>, the Court will vacate the conference.

IT IS SO ORDERED.

Dated: **September 20, 2022**         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

2