Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR PADILLA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No.: 1:22-CV-00323-AWI-EPG<br><br>Judge: Hon. Anthony W. Ishii<br><br>**NOTICE OF SETTLEMENT OF PLAINTIFF'S ATTORNEYS' FEES, COSTS, AND EXPENSES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff EDGAR PADILLA ("Plaintiff") and Defendant FORD MOTOR COMPANY have resolved fees, costs, and expenses in the amount of $10,500.00 which Defendant shall pay within 60 days of this notice.

                                              **STRATEGIC LEGAL PRACTICES, APC**

Date: September 14, 2022                 _/s/ Tionna Dolin_____
                                                        Tionna Dolin
                                                        Attorney for Plaintiff
                                                         EDGAR PADILLA

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, 19th Floor, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF SETTLEMENT OF PLAINTIFF'S ATTORNEYS' FEES, COSTS, AND EXPENSES**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on September 23, 2022.

_____
Nicole Basilio