UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR PADILLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | Case No.   1:22-cv-00323-AWI-EPG<br><br>ORDER REGARDING NOTICE OF SETTLEMENT<br><br>(ECF No. 18). |

　　　　Plaintiff filed this action on March 21, 2022, alleging claims against under the Magnuson-Moss Warranty Act, stemming from the purchase of a vehicle. (ECF No. 2).

　　　　On July 7, 2022, the Court entered a minute order, noting that it was advised that the parties had reached a settlement and were expecting to file settlement documents shortly. (ECF No. 15). The Court directed them to file the appropriate dispositional documents, and/or status report regarding any outstanding issues, by the close of business on September 6, 2022.

　　　　After the parties failed to do so, the Court sua sponte extended the time for them to file the appropriate dispositional documents, or a status report regarding outstanding issues, by no later than September 19, 2022. After the parties again failed to file anything, the Court issued an order on September 20, 2022, setting a status conference for October 3, 2022, at 10:30 a.m. to discuss the status of the case. (ECF No. 17). However, the order advised the parties that, if they filed the appropriate dispositional documents or a status report regarding outstanding issues at least one day before the status conference, the Court would vacate the conference.

1

On September 23, 2022, Plaintiff filed a notice of settlement stating as follows: "Plaintiff EDGAR PADILLA ("Plaintiff") and Defendant FORD MOTOR COMPANY have resolved fees, costs, and expenses in the amount of $10,500.00 which Defendant shall pay within 60 days of this notice." (ECF No. 18).

The intent of this filing is unclear. To the extent that the filing intends to notify the Court of parties' settlement, the Court was advised that the parties had settled the case in July 2022. (ECF No. 15). To the extent that the filing intends to respond to the Court's September 20, 2022 order, it is neither a document disposing of this case, *see* Fed. R. Civ. P. 41, nor is it a status report regarding outstanding issues.

Given these circumstances, IT IS ORDERED as follows:

1. The telephonic status conference set for October 3, 2022, at 10:30 a.m. remains on the Court's calendar. To participate, each party shall dial 1-888-251-2909 and enter access code 1024453

2. If the parties file the appropriate dispositional documents, or a status report regarding outstanding issues, <u>at least one day before the status conference</u>, the Court will vacate the conference.

IT IS SO ORDERED.

Dated: **September 26, 2022**             /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE