Payam Shahian (SBN 228406)
pshahian@slpattorney.com
Tionna Dolin (SBN 299010)
tdolin@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone:   (310) 929-4900
Facsimile:    (310) 943-3838

Attorneys for Plaintiff(s),
EDGAR PADILLA

GORDON REES SCULLY MANSUKHANI, LLP
Spencer P. Hugret (SBN: 240424)
Trina M. Clayton (SBN 204215)
275 Battery Street, Suite 2000
San Francisco, California 94111
Tel No.:  (415) 986-5900
Fax No.: (415) 986-8054
shugret@grsm.com
ggruzman@grsm.com

Attorneys for Defendant(s),
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR PADILLA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 1:22-CV-00323-AWI-EPG<br><br>Judge: Hon. Anthony W. Ishii<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: March 21, 2022 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff(s), EDGAR PADILLA, and Defendant FORD MOTOR COMPANY (collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree that this entire action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All issues pertaining to the case, including the claim for attorney's fees, costs, and expenses, have been resolved through the parties' settlement agreement and settlement checks have been tendered so there will be no further claim for damages, fees, costs, or expenses in this matter.

IT IS SO STIPULATED:

**IT IS SO STIPULATED.**

Dated: September 29, 2022          **Strategic Legal Practices, APC**

                                                    */s/ Tionna Dolin*
                                   Payam Shahian
                                   Tionna Dolin
                                   Attorneys for Plaintiff(s),
                                   EDGAR PADILLA

Dated: September 29, 2022          **Gordon Rees Scully Mansukhani, LLP**

                                                    */s/ Trina M. Clayton*
                                   Trina M. Clayton
                                   Attorneys for Defendant,
                                   FORD MOTOR COMPANY

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, Floor 19, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

Served Electronically Via the Court's CM/ECF System

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on September 30, 2022.

_____
Yessenia Carrillo