UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR PADILLA,<br><br>       Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY,<br><br>       Defendant. | Case No. 1:22-cv-00323-AWI-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF Nos. 20, 21) |

On September 30, 2022, the parties filed a joint stipulation dismissing this action with prejudice and without an award of costs and attorneys' fees. (ECF Nos. 20, 21). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 3, 2022**               /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE